# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2019

*The Court of Appeals hereby passes the following order:*

## A19D0250.  CHARLES ALEXANDER v. THE STATE.

Charged with aggravated stalking, Charles Alexander filed a petition for bond, which was denied on October 29, 2018, and a motion to quash, which was denied on October 30, 2018. On December 21, 2018, he filed an application for discretionary review, seeking review of the trial court's orders of October 29 and 30. We lack jurisdiction for two reasons.

First, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Alexander's application, filed 53 days after the trial court's October 29 order and 52 days after the trial court's October 30 order, is untimely.

Second, Alexander failed to follow the proper appellate procedure. Rather than filing an application for discretionary review, Alexander was required to use the interlocutory appeal procedure to appeal the denial of his motion to quash, see *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989), and the denial of his motion for pretrial bond. See *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999); *Howard v. State*, 194 Ga. App. 857, 857 (392 SE2d 562) (1990). The failure to comply with the interlocutory appeal procedure of OCGA § 5-6-34 (b) also deprives this Court of jurisdiction.

For these reasons, we lack jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  01/15/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*